**No. 40776.**—Petition 5750–R of Scharf-Bros. Co., Inc. (New York).

Opinion by SULLIVAN, J. It was held that the testimony established that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue or to conceal or misrepresent the facts or to deceive the appraiser. The petition was therefore granted.

**No. 40777.**—Protest 933830–G of Shun On & Co. (San Francisco).

Opinion by BROWN, J. On the authority of *Fletcher* v. *United States* (25 C. C. P. A. 195, T. D. 49294), holding that a judgment cannot direct a higher rate than that originally assessed by the collector, the protest was sustained and the collector directed to assess 20 percent ad valorem on the ve-tsin in question instead of 25 percent.

BEFORE THE SECOND DIVISION, MARCH 8, 1939

**No. 40778.**—Protests 70770–G, etc., of Jas. McCreery & Co. et al. (New York).

Opinion by TILSON, J. From the record it was held that certain embroidered articles are dutiable at 75 percent under paragraph 1430. Garters, wearing apparel, flouncings, and laces in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40779.**—Protest 978658 of A. Eckstein & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of yarns in chief value of artificial silk similar to that involved in Abstract 39472. The claim at 40 percent under paragraph 31 was therefore sustained.

**No. 40780.**—Protest 464444–G of E. De Grandmont, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE THIRD DIVISION, MARCH 8, 1939

**No. 40781.**—Protests 944176–G, etc., of Shephard Chemical Co. et al. (Detroit, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.